IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **FIDELITY AND GUARANTY LIFE INSURANCE COMPANY,** | * | |
| PLAINTIFF, | * | AMD 01 CV 0380 |
| v. | * | CIVIL ACTION NO._____ |
| **GENA SETZER** | * | ___FILED ___ENTERED |
| and | * | ___LODGED ___RECEIVED |
| **PATRICIA CARTER** | * | FEB - 9 2001 |
| and | * | AT BALTIMORE<br>CLERK U.S. DISTRICT COURT<br>DISTRICT OF MARYLAND<br>BY _____ DEPUTY |
| **J.G. WENTWORTH, S.S.C. LIMITED PARTNERSHIP** | * | |
| and | * | |
| **UNITED STATES FIDELITY AND GUARANTY CO.,** | * | |
| DEFENDANTS | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Complaint for Interpleader and Motion for Interpleader, Discharge, Injunction and Attorneys' Fees filed by Fidelity and Guaranty Life Insurance Company ("F&G Life") and all related pleadings, it is this 9th day of February, 2001, by the United States District Court for the District of Maryland, ORDERED that:

1.    The above-captioned Defendants shall interplead and settle among themselves their respective rights and claims to the payments to be paid pursuant to F&G Life Annuity Policy Number I661411 ("the Annuity") without further involvement by F&G Life;

2. Defendants are directed to plead and pursue their claims among themselves in connection with their respective rights and claims to the Annuity payments without further involvement by F&G Life;

3. Defendants shall file their answers or responsive pleadings to F&G Life's Complaint for Interpleader within 20 days of being served with the Complaint;

4. Defendants, their agents, attorneys or representatives are hereby enjoined and restrained from instituting or prosecuting further any proceedings in any state or United States court against F&G Life or on account of the Annuity or payments due thereunder, including *Carter v. Setzer*, Hamilton County (Ohio) Case No. 97CV23557G2 and Circuit Court for Baltimore City Case No. 24-C-98-205105.

5. Within 10 days from the date of this Order, F&G Life shall tender to the Clerk of Court all amounts currently due and owing pursuant to the Annuity and during the pendency of this Action, F&G Life shall tender future monthly Annuity payments to the Clerk of the Court as they become due and owing pursuant to the terms of the Annuity;

6. F&G Life shall submit to the Court a Statement of its attorneys' and fees and expenses for consideration by the Court. To the extent permitted, such fees and costs shall be disbursed by the Clerk of the Court from the Annuity proceeds that F&G Life shall tender to the Clerk of Court pursuant to this Order;

7. F&G Life hereby is discharged from further liability under the Annuity for all amounts paid into the Registry of the Court and for all previous payments made under the Annuity; and

8.     F&G Life hereby is dismissed from this case with prejudice.

                                                                                 _____
                                                                                  United States District Judge