UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| FIDELITY AND GUARANTY LIFE INSURANCE COMPANY, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. |
| | : AMD 01 CV 380 |
| GENA SETZER, *et al.*, | : |
| Defendants. | : |

FILED ____ ENTERED
LODGED ____ RECEIVED

MAR 12 2001

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

### ORDER

AND NOW, this 9th day of March, 2001, upon the Motion of Defendant J.G. Wentworth S.S.C, Limited Partnership ("Wentworth") for an Order extending the time within which it shall respond to the Complaint for Interpleader (the "Complaint") filed by Plaintiff Fidelity & Guaranty Life Insurance Company up to and including March 27, 2001;

IT IS HEREBY ORERED that the Motion is GRANTED; and

IT IS FURTHER ORDERED that Wentworth shall file its answer or responsive pleading to the Complaint on or before March 27, 2001.

_____
ANDRE M. DAVIS, Judge

148234 - 1912.1

