THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FIDELITY AND GUARANTY<br>LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>GENA SETZER, et al.<br><br>    Defendants | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>Civil Action No.: AMD-01-CV-0380 |

\* \* \* \* \* \* \*

**<u>ORDER</u>**

UPON CONSIDERATION of the Motion for Dismissal filed by Defendant Patricia Carter and the Court's finding that Ms. Carter has no interest in the Annuity at issue in this case because the judgment upon which her stake to the Annuity rested has been fully satisfied and with the consent of all parties who have appeared in the case, it is this 29th day of March, 2002, hereby

ORDERED that:

1. Patricia Carter has no interest in or right to any of the Annuity funds in the Registry of the Court or due in the future; and

2. the Motion is GRANTED.

_____
Andre M. Davis, Judge
United States District Court for the District
of Maryland

for Smalkin, J.