GOHN,
HANKEY &
STICHEL, LLP

*201 North Charles Street*
*Suite 2101*
*Baltimore, Maryland 21201*
*410-752-9300*
*Fax 410-752-2519*

*H. Mark Stichel*
Direct Dial: 410-752-1658
HMStichel@ghsllp.com

April 2, 2001

**HAND DELIVERED**

The Honorable Frederic N. Smalkin
United States District Judge
United States District Court
  for the District of Maryland
Room 530, United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

_____FILED    _____ENTERED
_____LODGED   _____RECEIVED

APR 4 2002

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                        DEPUTY

Re:    *Fidelity and Guaranty Life Insurance Company v. Lisa Gilmore*,
       Civil Action No. S-01-CV-378
       *Fidelity and Guaranty Life Insurance Company v. John F. Ward*,
       Civil Action No. S-01-CV-379
       *Fidelity and Guaranty Life Insurance Company v. Gena Setzer*,
       Civil Action No. S-01-CV-380
       *Fidelity and Guaranty Life Insurance Company v. Jerry Woods*,
       Civil Action No. S-01-CV-1701

Dear Judge Smalkin:

       I am writing to supplement my October 26, 2001, status report in the above referenced matters.

       These cases are among approximately twenty interpleader actions pending in the District of Maryland in which USF&G and J.G. Wentworth, S.S.C., Limited Partnership ("Wentworth"), are parties. Each of the cases involve issues relating to the purchase, or attempted purchase, by Wentworth of periodic payments from structured settlements to which USF&G was a party. There are several issues that are common to all of the cases. A significant issue in the cases largely has been resolved by the President's signing the Victims of Terrorism Tax Relief Act ("the Tax Relief Act"), Public Law No. 107-134, 115 Stat. 2427, on January 23, 2002. Paul McDonald, who represents Wentworth, and I have been engaged in discussions regarding potential settlement of certain cases for some time and we have been able to resolve several cases subsequent to the enactment of the Tax Relief Act.

       The status of the above-referenced cases is as follows:

       **Lisa Gilmore:**

       F&G Life has not been able to effect service of its Complaint for Interpleader upon Lisa Gilmore. F&G Life is continuing to attempt service. Until Ms. Gilmore is

GOHN,
HANKEY &
STICHEL, LLP

The ̲ ̲ ̲ ̲orable Frederic N. Smalkin
April 2, 2002
Page 2 of 2

served and appears (or has a default entered against her), USF&G and Wentworth cannot proceed with settlement of the case.

### John F. Ward:

On March 19, 2002, the Court entered a default judgment against Mr. Ward and also entered the consent judgment that USF&G and Wentworth had submitted to the Court. The case now is closed.

### Gena Setzer:

On January 22, 2002, the clerk entered a default against Ms. Setzer. The other individual defendant in the case, Patricia Carter, moved for dismissal of the case against her and the dismissal was granted on March 25, 2002. The case now is ripe for the conclusion of a settlement between USF&G and Wentworth, the remaining parties in the case. USF&G and Wentworth will submit a proposed consent judgment forthwith.

### Jerry Woods:

A dispute still exists between USF&G and Wentworth with respect to the resolution of the Wood matter notwithstanding the enactment of the Tax Relief Act. The parties should know within 30 days whether a settlement is possible or not.

Respectfully yours,

H. Mark Stichel

cc:    Stephen H. Kaufman, Esquire
       Price O. Gielen, Esquire
       Paul McDonald, Esquire